UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　　**DECISION AND ORDER**
　　　　　　　　　　　　　　　　　　　　　　**10-CR-267S-2**
AYO OSAGIE,

　　　　　　Defendant.

1.　On July 31, 2013, the Defendant entered into a written plea agreement (Docket No. 50) and pled guilty to a one court Superseding Information (Docket No. 49) charging a violation of Title 18 U.S.C. § 1001(a)(2) (making a material false statement).

2.　On July 31, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 52) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3.　This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's July 31, 2013, Report and Recommendation, the plea agreement, the Superseding Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's July 31, 2013, Report and Recommendation (Docket No. 52) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Ayo Osagia, is accepted, and he is now adjudged guilty of Title 18 U.S.C. § 1001(a)(2).

SO ORDERED.

Dated: September 3, 2013
        Buffalo, New York

                                              s/William M. Skretny
                                            WILLIAM M. SKRETNY
                                                  Chief Judge
                                        United States District Court